UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MDM CONTRACTING, INC. DBA
CENTEX CONSTRUCTION,

                                Plaintiff,

                -against-

RLI INSURANCE COMPANY, AND MT.
HAWLEY INSURANCE COMPANY,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/31/2024

23 Civ. 4227 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 13, 2023, the Court scheduled a case management conference in this matter for February 6, 2024.  ECF No. 29.  On January 11, 2024, the Court granted the parties' request to stay the discovery deadlines until February 21, 2024.  ECF No. 31.

Accordingly, the case management conference scheduled for February 6, 2024, is ADJOURNED *sine die*.  Upon approval of the parties' proposed revised discovery schedule, which is due **February 21, 2024**, the Court shall reschedule the case management conference.

SO ORDERED.

Dated: January 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge