UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/2024___

MDM CONTRACTING, INC. DBA
CENTEX CONSTRUCTION,

                Plaintiff,

    -against-

RLI INSURANCE COMPANY AND MT.
HAWLEY INSURANCE COMPANY,

                Defendants.

23 Civ. 4227 (AT)

**MOTION TO RETAIN**

**JURY DEMANDED**

## **MOTION TO RETAIN**

Plaintiff MDM Contracting, Inc. DBA Centex Construction ("Plaintiff") files this Joint Motino to Retain ("Motion") and respectfully request this Honorable Court extend by thirty days the Parties' deadline to reopen the case without prejudice.

The Parties attended mediation on February 14, 2024, and reached a mutual settlement in principle. On February 15, 2024, the Parties announced their settlement to this Court. The Parties are still executing the formal settlement documents, and therefore, pursuant to the Court's Docket Order (see Dkt. Nos. 34, 36), Plaintiff requests that the Court extend by thirty days the Parties' deadline to reopen the case without prejudice. If the settlement is consummated prior to the expiration of the requested 30 days, the Parties shall file a Joint Stipulation of Dismissal pursuant to the forthcoming settlement agreement.

Respectfully submitted,

**WEYCER KAPLAN PULASKI & ZUBER, PC**

BY: */s/ Murphy S. Klasing*
   Murphy S. Klasing, Attorney in Charge
   Admitted pro hac vice
   State Bar 00791034
   Anya Bolshakov, admitted pro hac vice
   State Bar 24105003
   24 Greenway Plaza, Suite 2050
   Houston, Texas  77046
   Tel: (713) 961-9045
   Fax: (713) 961-5341
   mklasing@wkpz.com
   abolshakov@wkpz.com

   ATTORNEYS FOR PLAINTIFF

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all Counsel of Record, via the DC/EMF Electronic Filing System on April 12, 2024.

     */s/ Murphy S. Klasing*
     Murphy S. Klasing

GRANTED.

SO ORDERED.

Dated: April 15, 2024
   New York, New York

ANALISA TORRES
United States District Judge