```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/04/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MDM CONTRACTING, INC. DBA CENTEX CONSTRUCTION,<br><br>Plaintiff,<br><br>-against-<br><br>RLI INSURANCE COMPANY AND MT. HAWLEY INSURANCE COMPANY,<br><br>Defendants. | 23 Civ. 4227 (AT)<br><br>**MOTION TO DISMISS WITH PREJUDICE**<br><br>**JURY DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff MDM Contracting, Inc. DBA Centex Construction ("Plaintiff") hereby files Motion to Dismiss with Prejudice ("Motion"). Plaintiff and Defendant have resolved and settled their dispute. WHEREFORE, Plaintiff respectfully request that the Court dismiss this proceeding with prejudice.

Respectfully submitted,

**WEYCER KAPLAN PULASKI & ZUBER, PC**

BY:  /s/ Murphy S. Klasing
     Murphy S. Klasing, Attorney in Charge
     Admitted pro hac vice
     State Bar 00791034
     Anya Bolshakov, admitted pro hac vice
     State Bar 24105003
     24 Greenway Plaza, Suite 2050
     Houston, Texas 77046
     Tel: (713) 961-9045
     Fax: (713) 961-5341
     mklasing@wkpz.com
     abolshakov@wkpz.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED.

Dated: June 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge